## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ERICK BIAGIOLO DA SILVA;
and MARLENE APARECIDA
BIAGIOLI,

      Petitioners,

v.                                                          Case No. 6:20-cv-1301-RBD-GJK

DAYANE VIEIRA,

      Respondent.
_____

### <u>ORDER OF DISMISSAL</u>

Respondent filed a Notice of Compliance with Order Approving Agreed Upon Method of Return (Doc. 55 ("Notice")) asserting Respondent complied with the Court's October 6, 2020 Order (Doc. 47). In light of the Notice, the claims in this case have been fully resolved.

Accordingly, it is **ORDERED AND ADJUDGED** that the above-styled cause is **DISMISSED**. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 15, 2021.



ROY B. DALTON JR.
United States District Judge